

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Gilbert Arcides, | § | No. 08-22-00046-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| Raul Angel Rojas and Deepwell Energy Services, LLC, | § | of Reeves County, Texas |
| | § | |
| Appellee. | § | (TC# 20-01-23349-CVR) |
| | § | |

# **O R D E R**

The Court GRANTS the Court Reporter's fourth request for an extension of time within which to file the Reporter's Record until **September 19, 2022.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Una King, Court Reporter for the 143rd District Court, for Reeves County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **September 19, 2022.**

IT IS SO ORDERED this 6th day of September, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.